**CASE NO. 236-274485-14**

| | | |
|---|---|---|
| **DINNA BUTTLER,** | § | IN THE DISTRICT COURT |
| **Plaintiff,** | § | 2nd COURT OF APPEALS |
| | § | FORT WORTH, TEXAS |
| | § | 10/9/2015 1:52:49 PM |
| **VS.** | § | **236th JUDICIAL DISTRICT** |
| | § | DEBRA SPISAK |
| | § | Clerk |
| **JOHN T. SUTCLIFFE,** | § | |
| **Defendant.** | § | **TARRANT COUNTY, TEXAS** |

## PLAINTIFF'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

I hereby give Notice of Appeal of the order of dismissal made in open court on

October 2, 2015.

Respectfully Submitted,

_Dinna Buttler_

Dinna Buttler, pro se
2809 Fairway Park
Grand Prairie, Texas 75050
(817) 371-1966

## CERTIFICATE OF SERVICE

A true copy of the foregoing *Plaintiff's Notice of Appeal* was sent to Michael E.

Farah, at 1801 W. Pioneer Parkway, Arlington, Texas 76013, on the ____9____ day of

October 2015.

_Dinna Buttler_

Dinna Buttler

PLAINTIFF'S NOTICE OF APPEAL – solo

236-274485-14

NO. <u>236-274485-14</u>

| | | |
|---|---|---|
| DINNA BUTTLER<br>Plaintiff, | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 236TH JUDICIAL DISTRICT |
| | § | |
| JOHN SUTCLIFFE<br>Defendant. | § | OF TARRANT COUNTY, TEXAS |

## ORDER OF DISMISSAL WITH PREJUDICE

On October 2, 2015, the Court considered the Defendant's Amended Motion to Dismiss for Plaintiff's Failure to Comply with Court Ordered Sanctions regarding Cause Number 236-274485-14 and the arguments of counsel and parties. After due consideration of the Motion, the Response thereto, evidence regarding costs and fees, and the arguments of counsel and parties, the Court finds the motion is **GRANTED.** It is therefore

**ORDERED, ADJUDGED, AND DECREED** that all claims Plaintiff asserted, or could have asserted against Defendant in the lawsuit are hereby **DISMISSED WITH PREJUDICE;** and it is further

**ORDERED ADJUDGED AND DECREED** that:

(1)     The "Notice of Lis Pendens" recorded in the records of the Tarrant County clerk Instrument #D214205707 regarding Tarrant County District Court Cause No. 236-274485-14 is hereby expunged and is no longer of any force or effect.

(2)     Plaintiff is ordered to pay attorney fees in the amount of $1,500.00 to Defendant.

Signed on: _Oct. 6_, 2015.

_____
PRESIDING JUDGE

ORDER OF DISMISSAL WITH PREJUDICE

Page 1 of 2

Copy mailed to each
Attorney of record & email to Farah
On _10-8-15 LM_
& UM to Buttler

COURT'S MINUTES
TRANSACTION # 123LM

APPROVED AS TO FORM AND CONTENT BY:

Michael E. Farah
THE FARAH LAW FIRM, P.C.
Email: mfarah@farahlegal.com
1801 W. Pioneer Pkwy
Arlington, TX 76013
Tel. (817) 467-1889
Fax. (817) 801-7831
Attorney for Defendant John Sutcliffe